NUMBER 13-03-726-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

 

 

GUADALUPE
T. RIVERA,                                           Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

 

 

 

                   On appeal from the 24th District Court

                           of
De Witt County, Texas.

 

 

 

           CONCURRING MEMORANDUM OPINION

 

                       Before Justices Yañez, Castillo and Garza

                Concurring Memorandum Opinion by Justice Castillo

 

Respectfully,
I concur with the result.                                                           

ERRLINDA CASTILLO

Justice

Do not publish.

Tex. R. App. P. 47.2(b).

 

Concurring
Memorandum Opinion delivered 

and filed this 14th day of July, 2005.